UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DAVID ANTHONY MANTEY, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 22-92-WOB |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The petition for a writ of habeas corpus filed by David Mantey [R. 1] is **DISMISSED**.

2. The Clerk shall **STRIKE** this matter from the docket.

This the 1st day of September, 2022.



Signed By:
William O. Bertelsman   WOB
United States District Judge

1